Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 14−11604−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro J. Guerrero
   PO Box 264
   New Foundland, NJ 07435

Social Security No.:
   xxx−xx−3692

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/18/17 at 09:00 AM

to consider and act upon the following:

*76* − Certification in Opposition to Trustee Certification of Default (related document:74 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Donald C. Goins on behalf of Pedro J. Guerrero. (Goins, Donald)


Dated: 12/12/16

                                          James J. Waldron
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-11604-RG
Pedro J. Guerrero                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 12, 2016
                 Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db              +Pedro J. Guerrero,    PO Box 264,    New Foundland, NJ 07435-0264
cr              +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                  Iselin, NJ 08830-2713
cr              +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole PC,
                  99 Wood Ave South #803,    Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2016 23:11:19      Synchrony Bank,
                  c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
            Donald C. Goins    on behalf of Debtor Pedro J. Guerrero dcgoins1@gmail.com,
      G25787@notify.cincompass.com
            Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
      for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
      of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com
            Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
      nj_ecf_notices@buckleymadole.com
            Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
      as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
      2006-13 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Marie-Ann    Greenberg    magecf@magtrustee.com
                                                                                    TOTAL: 5