Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–11604–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro J. Guerrero
   PO Box 264
   New Foundland, NJ 07435

Social Security No.:
   xxx–xx–3692

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 14-11604-RG
Pedro J. Guerrero                                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Feb 22, 2017
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db             +Pedro J. Guerrero,    PO Box 264,    New Foundland, NJ 07435-0264
cr             +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
514498628      +John P. Frey, DDS,    Pressler & Pressler, LLC,    7 Entin Rd.,    Parsippany, NJ 07054-5020
514498630      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
514498629      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
514498631      +Specialized Loan Servicing, SLS,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 22 2017 23:38:00     Synchrony Bank,    c/o Recovery Mmgt. Sys.,
                 25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
514649843      +E-mail/Text: BKRMailOps@weltman.com Feb 22 2017 23:55:43
                 ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LL,    GE MONEY BANK,
                 c/o Weltman Weinberg & Reis,    P.O. BOX 6597,    Cleveland, OH 44101-1597
514550917       EDI: JEFFERSONCAP.COM Feb 22 2017 23:43:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514519334      +E-mail/Text: bankruptcy@pseg.com Feb 22 2017 23:54:49     PSEG,    PO BOX 490,
                 Cranfor,d NJ 07016,    Att:Bankruptcy dept 07016-0490
515306116       EDI: RMSC.COM Feb 22 2017 23:38:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Pedro J. Guerrero dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-13 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 6
```